UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ESTRELLA G. ABALOS, JOSE C. ABALOS and DAVID-WYN MILLER: Plenipotentiary-Judge (Witnessing),<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA HOME LOAN SERVICING, L.P., AMERICAN WHOLESALE LENDER; RECONTRUST COMPANY, N.A.; BANK OF NEW YORK, MELLON, AS TRUSTEE FOR THE HOLDER OF THE SAMI II-2006-ARI, MTG PASS-THROUGH CERTIFICATE; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br><br>Defendants. | Case No: C 11-03150 SBA<br><br>**ORDER DIRECTING PLAINTIFFS TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS**<br><br>Docket 8 |

Plaintiffs, acting pro se, filed the instant mortgage fraud action in this Court on June 24, 2011. Dkt. 1. On August 8, 2011, Defendants filed a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6). Dkt. 15. Under Civil Local Rule 7-3(a), an opposition to a motion must be filed within fourteen days of the date the motion was filed, and the reply is due seven days thereafter. As such, Plaintiffs' response to the motion should have been filed by no later than August 22, 2011. To date, Plaintiffs have not filed any response to Defendants' motion.

This Court's Standing Orders warn that the failure to file a response to a motion may be deemed to be a consent to the granting of the unopposed motion. Dkt. 12 at 5. As such, it is well within the discretion of the Court to grant Defendants' motion as unopposed and dismiss the action. See Fed. R. Civ. P. 41(b); Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir.

1995).  Nevertheless, mindful of its obligation to first consider to less drastic alternatives, the Court will afford Plaintiffs one further opportunity to respond to the pending motion.  Accordingly,

IT IS HEREBY ORDERED THAT:

1. Plaintiffs shall have until <u>January 31, 2012</u> to file and serve their response (i.e., either an opposition or a statement of non-opposition) to Defendants' Rule 12(b)(6) motion to dismiss.

2. Plaintiffs' response shall comply in all respects with the Federal Rules of Civil Procedure and the Court's Civil Local Rules including, without limitation, Civil Local Rules 7-3 through 7-5.

3. **PLAINTIFFS ARE WARNED THAT THE FAILURE TO FILE A RESPONSE BY THIS DEADLINE AND/OR TO COMPLY WITH THIS ORDER OR ANY OTHER APPLICABLE PROCEDURAL RULES WILL RESULT IN THE GRANTING OF THE PENDING MOTION AND THE DISMISSAL OF THIS ACTION.**

4. In the event Plaintiffs timely file a response, Defendants may file a reply seven days after the deadline for Plaintiffs' response.

5. The motion hearing scheduled for January 24, 2012 is VACATED.

6. The Case Management Conference currently scheduled January 24, 2012 is CONTINUED to **March 29, 2012 at 3:00 p.m.**  Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement which complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court.  The Case Management Conference will be conducted by telephone.  Plaintiffs shall assume responsibility for filing the joint statement no less than seven (7) days prior to the conference date.  Plaintiffs shall set up the conference call with all the parties on the line and call chambers at (510) 637-3559.  NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

1  IT IS SO ORDERED.

2  Dated: January 9, 2012

3  _____
   SAUNDRA BROWN ARMSTRONG
   United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ESTRELLA G ABALOS et al,

        Plaintiff,

  v.

BANK OF AMERICA et al,

        Defendant.
                                   /

Case Number: CV11-03150 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 9, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Estrella G. Abalos
136 Saint Francis Boulevard
San Francisco, CA 94127

Jose C. Abalos
136 Saint Francis Boulevard
San Francisco, CA 94127

Dated: January 9, 2012

                                  Richard W. Wieking, Clerk

                                  By: LISA R CLARK, Deputy Clerk